PROBATION FORM NO. 35                           Report and Order Terminating Probation/
(1/92)                                                      Supervised Release
                                                           Prior to Original Expiration Date

# United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                                                      Crim #:       3:03CR00279(EBB)

WALTER KAPECHUCK                        Re: **Early Termination of Supervision**

On **June 6, 2004** the above named was placed on **PROBATION** for a period of **three** years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he/she be discharged from supervision.

                                                                  Respectfully submitted,

                                                                  Michael E. Sheehan
                                                                  Supervising U. S. Probation Officer

                                                          ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this _____ day of _____, 2006.

                                                                  _____
                                                                  Ellen Bree Burns
                                                                  Senior United States District Court Judge